**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARILYN C. DAILEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 11-00347-KD-N |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
|     Defendant. | ) | |

**ORDER**

After due and proper consideration of all relevant pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 18, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED.**

**DONE** and **ORDERED** this the **7**$^{th}$ day of **August 2012.**

                                         /s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**